United States Bankruptcy Court
NORTHERN District of ILLINOIS

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| PATRICK J. BRIDGEMAN | RITA M. BRIDGEMAN |

| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
|---|---|
| none | none |

| Soc. Sec/Tax I.D. No. (If more than one, state all): | Soc. Sec./Tax I.D. No. (If more than one, state all): |
|---|---|
| 345 72 8473 | 331 70 7562 |

| Street Address of Debtor (No. and street, city, state, zip): | Street Address of Joint Debtor (No. and street, city, state, zip): |
|---|---|
| 5410 West 96th Street Oak Lawn, IL  60453 | same |

| County of Residence or Principal Place of Business: | County of Residence or Principal Place of Business: |
|---|---|
| Cook County | same |

| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
|---|---|
| same | same |

| Location of Principal Assets of Business Debtor (If different from addresses listed above) | |
|---|---|
| same | same |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ § 304-Case ancillary to foreign proceeding.
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**Nature of Debt** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (Applicable to individuals only)

Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates Only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/12/2004
Time: 13:14:40
Debtor: PATRICK J BRIDGEMAN
Case: 04-25840   Fee : 209
Chapter: 7 Rec. # : 3090244
Judge: John Squires
341 mtg: 08/20/2004 @ 02:00PM
Trustee: LEONARD GROUPE

1:04BK25840-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☒ | | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):   PATRICK J. BRIDGEMAN
RITA M. BRIDGEMAN

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____    6-26-04
Signature of Debtor        PATRICK J. BRIDGEMAN

X _____
Signature of Joint Debtor    RITA M. BRIDGEMAN

Telephone (If not represented by attorney)
6/26/04
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
JOHN M. MORRONE
Printed Name of Attorney for Debtor(s)
JOHN M. MORRONE, P.C.
Firm Name
12820 S. Ridgeland Av., Unit C
Address
Palos Heights, IL 60463

708/653-3151
Telephone Number
6/26/04
Date

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### EXHIBIT B

(To be completed if debtor is an for individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that[he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    6/26/04
Signature of Attorney for Debtor(s)        Date

### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

UNITED STATES BANKRUPTCY COURT          NORTHERN    DISTRICT OF    ILLINOIS

In re:    PATRICK J. BRIDGEMAN                    Debtor(s)          Case No.                    (If k
          RITA M. BRIDGEMAN

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | | | 170,000.00 | | |
| B - Personal Property | | | 60,085.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | 235,768.35 | |
| E - Creditors Holding Unsecured Priority Claims | | | | -0- | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | 84,273.92 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | |
| J - Current Expenditures of Individual Debtor(s) | | | | | |
| Total Number of Sheets of All Schedules | | | | | |
| Total Assets | | | $230,085.00 | | |
| Total Liabilities | | | | $320,042.27 | |

In re:   PATRICK J. BRIDGEMAN, SSN 345 72 8473                Debtor(s)        Case No.                    (if kno
         RITA M. BRIDGEMAN, SSN 331 70 7562

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5410 West 96th Street Oak Lawn, IL 60453 | Fee simple | | $170,000.00 | $203,000.00 |

Total -> $170,000.00   (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U. S. Bank,  checking account TCF Bank, checking account Harris Bank, Savings Account | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | TV, VCR, couch, kitchen table, lamps end tables, 2 bedroom sets, appliances, kitchen utencils | | 500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family pictures | | 100.00 |
| 6. Wearing apparel. | | Clothing | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Western Reserve Life Insurance Policy 5000035370 | | 7,200.00 |

# SCHEDULE B
# PERSONAL PROPERTY

in re:   PATRICK J. BRIDGEMAN, SSN 345 72 8473
         RITA M. BRIDGEMAN, SSN 331 70 7562

Debtor(s)     Case No.                    (if kno

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | 401(k) United Health Care | | 33,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Ford Tauras<br>2002 Ford Explorer | | 5,120.00<br>13,565.00 |
| 24. Boats, motors, and accessories. | | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)     Total ->   $ 60,085.00

_____ continuation sheets attached

In re:  PATRICK J. BRIDGEMAN, SSN 349 72 8473
        RITA M. BRIDGEMAN, SSN 331 70 7562        Debtor(s)    Case No.                (if kr.

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPER WITHOUT DEDUCTI EXEMPTION |
|---|---|---|---|
| U. S. Bank, checking Acct. | 735ILCS 5/12-1001(b) | 100.00 | 100.00 |
| TCF Bank, checking Acct. | " | | |
| Harris Bank, Savings Acct. | " | | |
| TV, VCR, couch, kitchen table, lamps, end tables, 2 bedroom sets, appliances, kitchen utencils | " | 500.00 | 500.00 |
| Family pictures | " | 100.00 | 100.00 |
| Clothing | " | 500.00 | 500.00 |
| Western Reserve Life Ins. Policy 5000035370 | 735 ILCS 5/12-1001(f) | 7,200.00 | 7,200.00 |
| 2002 Ford Tauras | 735 ILCS 5/12-1001(c) | | 5,120.00 |
| 2002 Ford Explorer | " | 1,200.00 | 13,565.00 |
| Home located at 5410 W. 96th St. Oak Lawn, IL 60453 | 735ILCS5/12-901 | 15,000.00 | 170,000.00 |

DEBTOR:        PATRICK J. BRIDGEMAN, SSN 345 72 8473
               RITA M. BRIDGEMAN, SSN 331 70 7562

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF SO STATE. | AMOUNT OF CLAIM WITH-OUT DEDUCTING VALUE OF COL. | UNSECURED PORTION IF ANY |
|---|---|---|---|
| TCF NATIONAL BANK<br>Account 080 0000489 8001<br>801 Marquette Avenue S<br>Minneapolis, MN 55402 | 5/17/2002<br>1st Mortgage<br>5410 W. 96th St., Oak Lawn, IL | $134,039.35 | |
| TCF NATIONAL BANK<br>Account 080 0000497 8001<br>801 Marquette Avenue S<br>Minneapolis, MN 55402 | 5/17/2002<br>2nd Mortgage<br>5410 W. 96th St., Oak Lawn, IL | 19,282.00 | |
| U.S. BANK<br>Account 0008 0750 471 098<br>P.O. Box 790179<br>St. Louis, MO 63179-0179 | Home Equity Line<br>5410 W. 96th St., Oak Lawn, IL | 49,547.00 | |
| FORD MOTOR CREDIT<br>Account 00000028075825<br>P.O. Box 64400<br>Colorado Springs, CO 80962-4400 | Automobile Loan<br>2002 Ford Explorer | 12,000.00 | |
| HORIZON<br>Account 4770020155<br>P.O. Box 800<br>Michigan City, IN 46380 | Automobile Loan<br>2002 Ford Taurus | 9,000.00 | |
| SEARS CARD<br>Account 5049 9401 2137 7013<br>P.O.Box 182149<br>Columbus, OH 43218 2149 | Credit card debt | 900.00 | |

**TOTAL SCHEDULE D THIS PAGE**                    **$224,768.35**

1

DEBTOR:    PATRICK J. BRIDGEMAN, SSN 345 72 84"3
RITA M. BRIDGEMAN, SSN 331 70 7562

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF SO STATE. | AMOUNT OF CLAIM WITH- OUT DEDUCTING VALUE OF COL. | UNSECURED PORTION IF ANY |
|---|---|---|---|
| continued | | | |
| UNITED HEATH CARE 401k Savings Plan American Express Financial Advisors 200 AXP Financial Center Minneapolis, MN 55474 | Loan 401k | 11,000 | |

**TOTAL SCHEDULE D**                                    **$235,768.35**

DEBTOR:        PATRICK J. BRIDGEMAN, SSN 345 72 8473
               RITA M. BRIDGEMAN, SSN 331 70 7562

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|
| | | | |

**TOTAL SCHEDULE E**                                    $ -0-

1

DEBTOR:        PATRICK J. BRIDGEMAN, SSN 245 72 8473
               RITA M. BRIDGEMAN, SSN 331 70 7562

## SCHEDULE F - CREDITOR'S HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF SO STATE. | AMOUNT OF CLAIM |
|---|---|---|
| BANK ONE<br>Account 4417128508280908<br>P.O.Box 50884<br>Henderson, NV 89016 | Credit card debt | 34,830.78 |
| HOUSEHOLD<br>Account 419197 17 105086 6<br>1421 KristinaWay<br>Chesapeake, VA 23320 | Credit card debt | 6,775.00 |
| AMERICAN EXPRESS<br>Account 3728 556329 23006<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Credit card debt | 7,930.11 |
| U. S. BANK<br>Account 4190 0808 0841 6642<br>P.O.Box 790409<br>St. Louis, MO 63179-0409 | Credit card debt | 33,691.03 |
| CITI PLATINUM SELECT<br>Account 41280033 5084 5486<br>Box 6000<br>The Lakes, NV 89163-6000 | Credit card debt | 1,047.00 |

**TOTAL SCHEDULE F**                                                    **$84,273.92**

In re:   PATRICK J. BRIDGEMAN                    Debtor(s)     Case No.                    (if kno
         RITA M. BRIDGEMAN

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Ime:  PATRICK J. BRIDGEMAN
       RITA M. BRIDGEMAN

Debtor(s)    Case No.                (if know

# SCHEDULE H - CODEBTORS

[X] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  PATRICK J. BRIDGEMAN, SSN 334 52 2573     Debtor(s)     Case No.                        (if kn
        RITA M. BRIDGEMAN, SSN 331 70 7562

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled 'Spouse' must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | OLIVIA BRIDGEMAN | 2 | Daughter |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Insurance sales | Receptionist |
| Name of Employer | UNITED HEALTH CARE | HAIR CUTTERY |
| How long employed | 3 years | 5 years |
| Address of Employer | 233 North MIchigan, 9th floor<br>Chicago, IL 60604 | 2815 Hartland Road<br>Falls Church, VA |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| | | | (Part time) |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 9,632.00 | $ 400.00 |
| Estimate monthly overtime | | | |
| SUBTOTAL | $ | | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | 2,822.00 | |
| b. Insurance | | 350.00 | 43.00 |
| c. Union dues | | | |
| d. Other (Specify)     Life Insurance | | 400.00 | 10.00 |
| 401(k) | | 1,000.00 | |
| 401(k) loan | | 4,712.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 4,712.00 | $ 53.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,920.00 | $ 347.00 |
| Regular income from operation of business or profession or farm | | | |
| (attach detailed statement) | | | |
| Income from real property | | | |
| Interest and dividends | | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | | |
| use or that of dependents listed above. | | | |
| Social security or other government assistance (Specify) | | | |
| Pension or retirement income | | | |
| Other monthly income (Specify) | | | |
| TOTAL MONTHLY INCOME | $ | 4,920.00 | $ 347.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 5,267.00 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

PATRICK J. BRIDGEMAN, SSN 345 56 4679

In re:    RITA M. BRIDGEMAN, SSN 331 70 7562          Debtor(s)      Case No.              (if kno

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,400.00 |
| Are real estate taxes included?  ☐ Yes  ☒ No    Is property insurance included?  ☐ Yes  ☒ No | |
| Utilities   Electricity and heating fuel | 250.00 |
| Water and sewer | 50.00 |
| Telephone | 150.00 |
| Other                        Cable | 60.00 |
|                              Cellphone | 100.00 |
| Home maintenance (repairs and upkeep) | 200.00 |
| Food | 800.00 |
| Clothing | 300.00 |
| Laundry and dry cleaning | |
| Medical and dental expenses | 200.00 |
| Transportation (not including car payments) | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 100.00 |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | 50.00 |
| Life | |
| Health | |
| Auto | 200.00 |
| Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | 200.00 |
| (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | 743.00 |
| Other | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 4,903.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each | $ |
|        (interval) | |

re:   PATRICK J. BRIDGEMAN, SSN 3 _ _ _ _ _ _ _ _    Debtor(s)   Case No.
      RITA M. BRIDGEMAN, SSN 331 70 7562

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———————————— sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date   6/26/04          Signature: _____   6/26/04
                                    Debtor  PATRICK J. BRIDGEMAN

Date   6/26/04          Signature: _____
                                    (Joint Debtor, if any) (If joint case, both spouses must sign.)
                                    RITA M. BRIDGEMAN

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———————————— sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date          Signature: _____
                         (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

UNITED STATES BANKRUPTCY COURT     NORTHERN    DISTRICT OF    ILLINOIS

In re:    PATRICK J. BRIDGEMAN, SSN 345 72 8473    Debtor(s)      *Case No.*
       RITA M. BRIDGEMAN, SSN 331 70 7562

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None    **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

| | |
|---|---|
| 2003 | $128,000.00 |
| 2002 | $124,000.00 |

☒ None    **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None   b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☒ None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☐ None   b. Describe all property that has been attached, garnished.

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSES- SION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☐ None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUM- STANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or prepa- ration of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **10. Other Transfers**

List all other property, other than property transferred in the ordi- nary course of the business or financial affairs of the debtor, trans- ferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR,

Gambling losses    $40,000.00


JOHN M, MORRONE, Attorney at Law
12820 S. Ridgeland Av., Unit C
Palos Heights, IL 60463

☐ None    **11. Closed Financial Accounts**
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☐ None    **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☐ None    **13. Setoffs**
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☐ None    **14. Property Held for Another Person**
☒

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒ None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

Life Insurance Policies
Automobile, Home, Health Insurance Policies
Deed to home

_____continuation sheets attached

*Complete unsworn declaration on page 3076-5*
*There is no page 3076-4 in non-business filings*

3076-3A © 1991 Julius Blumberg, Inc.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___6/26/04___                          Signature _____ 6-26-04
                                            of Debtor   PATRICK J. BRIDGEMAN

Date ___6/26/04___                          Signature _____
                                            of Joint Debtor RITA M. BRIDGEMAN
                                            (if any)

..........................................................................................................................................

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____                   Signature _____

                                            _____
                                                 Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

..........................................................................................................................................

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

   X_____              _____
   Signature of Bankruptcy Petition Preparer              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

076-5 STATEMENT OF FINANCIAL AFFAIRS DECLARATIONS 9-95

Official Form B6, 9-97    Blumberg Excelsior, inc NYC 10013

UNITED STATES BANKRUPTCY COURT        NORTHERN    DISTRICT OF    ILLINOIS

In re:    PATRICK J. BRIDGEMAN, SSN 345 72 8473 Debtor(s)    Case No.
         RITA M, BRIDGEMAN, SSN 331 70 7562              Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures these consumer debts:    *a. Property to Be Surrendered*

| Description of property | Creditor's name |
|---|---|

None

*[Check any applicable statement.]*

| *b. Property to Be Retained* Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|

See attached Exhibit A

| 6-26-04 | | |
|---|---|---|
| Date | Signature of Debtor | Signature of Debtor |
| | PATRICK J. BRIDGEMAN | RITA M. BRIDGEMAN |

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

Address        Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. § 156.*

**DEBTORS:**       **PATRICK J. BRIDGEMAN, SSN 345 72 8473**
                  **RITA M. BRIDGEMAN, SSN 331 70 7562**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**b.      Property to be retained**

| Decription of Property | Creditor's Name | Debt will be Reaffirmed Pursuant to 11 U.S.C. Sec. 524(c) |
|---|---|---|
| 1st Mortgage 5410 W. 96th St., Oak Lawn, IL 60453 | TCF NATIONAL BANK Account 080 0000489 8001 801 Marquette Avenue S Minneapolis, MN 55402 | Reaffirm |
| 2nd Mortgage 5410 W. 96th St., Oak Lawn, IL 60453 | TCF NATIONAL BANK Account 080 0000497 8001 801 Marquette Avenue S Minneapolis, MN 55402 | Reaffirm |
| Home Equity Line 5410 W. 96th St. Oak Lawn, IL 60453 | U.S. BANK Account 0008 0750 471 098 P.O. Box 790179 St. Louis, MO 63179-079 | Reaffirm |
| Automobile Loan 2002 Ford Explorer | FORD MOTOR CREDT Account 00000028075825 P.O. Box 64400 Colorado Springs, CO 80962-4400 | Reaffirm |
| Automobile Loan 2002 Ford Taurus | HORIZON Account 4770020155 P.O. Box 800 Michigan City, IN 46380 | Reaffirm |
| Credit card debt | SEARS CARD Account 5049 9401 2137 7013 P.O.Box 182149 Columbus, OH 43218 2149 | Reaffirm |

1

**DEBTORS:**          **PATRICK J. BRIDGEMAN, SSN 345 72 8473**
                     **RITA M. BRIDGEMAN, SSN 331 70 7562**


### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**b.       Property to be retained (continued)**

401k Loan                    UNITED HEATH CARE
                             401k Savings Plan
                             American Express Financial Advisors
                             200 AXP Financial Center
                             Minneapolis, MN 55474                    Reaffirm

2

UNITED STATES BANKRUPTCY COURT                    DISTRICT OF          ILLINOIS

n re        PATRICK J. BRIDGEMAN                    Debtor(s)        Case No.                    (If Know
            RITA M. BRIDGEMAN

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that

(1)  The undersigned is the attorney for the debtor(s) in this case.
(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a)  for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                                    $ _____ –0– _____
    (b)  prior to filing this statement, debtor(s) have paid                              $ ......... –0– .........
    (c)  the unpaid balance due and payable is                                            $ ......... –0– .........
(3)  $ **209.00**      of the filing fee in this case has been paid.
(4)  The services rendered or to be rendered include the following:
    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file
       petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for service
    performed, and

(6)  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated:      **6/26/04**          Respectfully submitted, _____ _____ _Attorney for Petitioner_

_Attorney's name and address_ _____ **JOHN M. MORRONE, Attorney at Law, 12820 S.Ridgeland Av., Unit C**
**Palos Heights, IL 60463**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:     PATRICK J. BRIDGEMAN            Bankruptcy Case Number: _____
           RITA M. BRIDGEMAN

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors:    *12*    _____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:    6/26/04

_____  6-26-04
                Debtor

_____
                Joint Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| PATRICK J. BRIDGEMAN | ) | CASE NO. |
| RITA M. BRIDGEMAN | ) | CHAPTER 7 |
| Debtor(s). | ) | |

## AUTOMATIC STAY

TO:                        All creditors set forth on Petition

ACCOUNT NO.:

YOU ARE HEREBY ADVISED that the above-captioned party(s) have been adjudicated a Bankrupt party and that pursuant to Bankruptcy Rules No. 401 and 601, the filing of the Bankruptcy Petition automatically operates as a stay of the commencement or continuation of any action against the Bankrupt.

_____
JOHN M. MORRONE
Attorney for Debtor(s)

JOHN M. MORRONE
JOHN M. MORRONE, P.C.
Attorney for Debtor
12820 S. Ridgeland Av., Unit C
Palos Heights, Il. 60463
708/653-3151
Attorney No. 54066